# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mya Noelia Fallon,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | NO. CV-22-01877-PHX-JAT<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 11, 2023, the Decision of the ALJ is AFFIRMED and this action is hereby terminated.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 11, 2023

　　　　　　　　　　　　　　　　　　s/ Cindy Lett
　　　　　　　　　　　　　　By　　Deputy Clerk