# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mya Noelia Fallon,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>       Defendant. | **NO. CV-22-01877-PHX-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 23, 2025, the decision of the Commissioner of Social Security is reversed, and this case is remanded to the Social Security Administration for further proceedings consistent with the Mandate.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

June 23, 2025

                                              s/ K. Gray
                                        By    Deputy Clerk